AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00341 |
| Kyle Andrew Campbell | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 12/7/2023 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Kyle Andrew Campbell__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ;
18 U.S.C. § 231(a)(3) (Civil Disorder) ;
18 U.S.C. § 1751(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(4) (Act of Physical Violence in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly or Disruptive Conduct in the Capitol Grounds or Building )
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building ).

Date: 12/07/2023

2023.12.07 11:31:23 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.    Robin M. Meriweather , U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/07/2023, and the person was arrested on *(date)* 12/11/2023
at *(city and state)* Columbus, OH.

Date: 12/11/2023

*Arresting officer's signature*

Bradley Hajdin, Special Agent - FBI
*Printed name and title*